# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN JERMAINE CHARLES

NO. 2025 KW 0351

JUNE 16, 2025

---

In Re:    Steven Jermaine Charles, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 548792.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.** Relator's sentence was imposed in 2015. The sentence reductions in Act 403 of 2001 and Act 45 of 2002 apply retroactively only to inmates who committed crimes, were convicted, or sentenced under one of the enumerated offenses prior to June 15, 2001. See La. R.S. 15:308(A)(1) & (2) (prior to amendment by 2014 La. Acts No. 340, § 1). Furthermore, aggravated flight from an officer is defined as a crime of violence. See La. R.S. 14:2(B)(39). Moreover, the 2017 amendments to the habitual offender law do not apply retroactively. See 2017 La. Acts No. 257, § 2. Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT